UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        -against-

LUIS ENRIQUE MARTINELLI
LINARES,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>SATISFACTION OF JUDGMENT</u>

Docket No. <u>CR-21-0065</u>
(Dearie, J.)

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $250,100.00, that is, a fine in the amount of $250,000.00 and a special assessment in the amount of $100.00, on May 20, 2022, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on May 27, 2022; and

WHEREAS, said judgment has been fully paid as to the defendant LUIS ENRIQUE MARTINELLI LINARES;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant LUIS ENRIQUE MARTINELLI LINARES.

Dated:      Brooklyn, New York
             October 14, 2022

                         BREON PEACE
                         United States Attorney
                         Eastern District of New York
                         271 Cadman Plaza East, 8th Fl.
                         Brooklyn, New York 11201

          By:      <u>/s/ *Daniel Saavedra*</u>
                         DANIEL G. SAAVEDRA
                         Assistant U.S. Attorney
                         (718) 254-6360