UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Docket No. CR-21-0065<br>(Dearie, J.) |
| RICARDO ALBERTO MARTINELLI LINARES, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $250,100.00, that is, a fine in the amount of $250,000.00 and a special assessment in the amount of $100.00, on May 20, 2022, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on May 27, 2022; and

WHEREAS, said judgment has been fully paid as to the defendant RICARDO ALBERTO MARTINELLI LINARES;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant RICARDO ALBERTO MARTINELLI LINARES.

Dated: Brooklyn, New York
October 14, 2022

BREON PEACE
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:  /s/ *Daniel Saavedra*
DANIEL G. SAAVEDRA
Assistant U.S. Attorney
(718) 254-6360